**Registration #:** VA0002449622
**Service Request #:** 1-14945486060

## Mail Certificate

Car Crash LLC
Andrew Pyne
2306 N 390 E
Provo, UT 84604 United States

**Priority:** Special Handling        **Application Date:** June 20, 2025

## Correspondent

**Organization Name:** Car Crash LLC
**Name:** Andrew Pyne
**Email:** elfcopyrighthelper@outlook.com
**Address:** 2306 N 390 E
Provo, UT 84604 United States

**Registration Number**

**VA 2-449-622**

**Effective Date of Registration:**
June 20, 2025
**Registration Decision Date:**
June 20, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 15, 2025 to January 15, 2025

### Title

**Title of Group:**   Car Crash 2025
**Number of Photographs in Group:**   4

- **Individual Photographs:**   CCS-1,
CCS-2,
CCS-3,
CCS-4
**Published:**   January 2025

### Completion/Publication

**Year of Completion:**   2025
**Earliest Publication Date in Group:**   January 15, 2025
**Latest Publication Date in Group:**   January 15, 2025
**Nation of First Publication:**   United States

### Author

- **Author:**   Car Crash LLC
**Author Created:**   photographs
**Work made for hire:**   Yes
**Citizen of:**   United States

### Copyright Claimant

**Copyright Claimant:**   Car Crash LLC
2306 N 390 E, Provo, UT, 84604, United States

Page 1 of 2

## Rights and Permissions

**Organization Name:** Car Crash LLC
**Address:** 2306 N 390 E
Provo, UT 84604 United States

## Certification

**Name:** Jessica Delos Santos
**Date**: June 20, 2025

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:**  PAu004266422
**Service Request #:**  1-14945486226

## Mail Certificate

Car Crash LLC
Andrew Pyne
2306 N 390 E
Provo, UT 84604 United States

**Priority:**  Special Handling    **Application Date:**  June 20, 2025

## Correspondent

**Registration Number**

# PAu 4-266-422

**Effective Date of Registration:**
June 20, 2025
**Registration Decision Date:**
June 23, 2025

## Title

**Title of Work:** CCS-Video-1

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Car Crash LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Car Crash LLC
2306 N 390 E, Provo, UT, 84604, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Jessica Delos Santos
**Date:** June 20, 2025