**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CAR CRASH LLC,** | |
| Plaintiff, | Civil Action No.: 2:26-cv-434 |
| v. | Honorable Judge Christy Criswell Wiegand |
| | JURY TRIAL DEMANDED |
| **SCHEDULE A DEFENDANTS,** | |
| Defendants. | |

**ENTRY OF DEFAULT AGAINST DEFAULTING DEFENDANTS**

AND NOW, on this _____ day of May, 2026, pursuant to Federal Rule of Civil Procedure 55(a) and Plaintiff's Request for Entry of Default and Declaration thereto, DEFAULT is hereby entered against certain Defendants identified in Schedule A to the Complaint who have failed to respond or otherwise plead or have not been dismissed ("Defaulting Defendants", as delineated in Schedule A hereto).

> CLERK'S ENTRY OF DEFAULT
>
> Date: 5/14/2026
>
> *Becca Richardson*
> Docket Clerk
> *Brandy S. Lonchena*
> Brandy S. Lonchena

1

## SCHEDULE A – DEFAULTING DEFENDANTS

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | CP Used |
|---|---|---|---|---|---|
| 1 | Aliexpress | Shop1103381306 Store | 1103381307 | 3256808642327759 | PAu 4-266-422 |
| 2 | Aliexpress | Shop1103507281 Store | 1103507282 | 3256808591232829 | PAu 4-266-422 |
| 3 | Aliexpress | Shop1103589270 Store | 1103602257 | 3256808854096156 | PAu 4-266-422 |
| 4 | Aliexpress | Sunshine Anju Store | 1103753014 | 3256808592229802 | PAu 4-266-422 |
| 5 | Aliexpress | AE Super Web Store | 1103935045 | 3256808999894110 | PAu 4-266-422 |
| 6 | Aliexpress | Hometopia Home Store | 1104067199 | 3256808590331189 | PAu 4-266-422 |
| 7 | Aliexpress | Shop1104057477 Store | 1104068355 | 3256808854571786 | PAu 4-266-422 |
| 8 | Aliexpress | Shop1104597155 Store | 1104599182 | 3256808610564380 | PAu 4-266-422 |
| 9 | Amazon | Professor - US | A124Y2JCHSHUOI | B0FD3P2Z2Y | PAu 4-266-422 |
| | | | | B0FD3Q9SKT | PAu 4-266-422 |
| | | | | B0FD3QCGFV | PAu 4-266-422 |
| | | | | B0FD3SFT83 | PAu 4-266-422 |
| | | | | B0FD3T44H3 | PAu 4-266-422 |
| 10 | Amazon | Liuballl | A18085A57PMV0P | B0F8BKQ7QK | PAu 4-266-422 |
| | | | | B0F8BQMRHX | PAu 4-266-422 |
| 11 | Amazon | Moyue | A1KW7RRHPFEWL6 | B0F3873JYX | PAu 4-266-422 VA 2-449-622 |
| | | | | B0F3884L7R | PAu 4-266-422 VA 2-449-622 |
| 12 | Amazon | HEALT | A27ABII3NN6UFE | B0F3N1B374 | PAu 4-266-422 |
| | | | | B0F3NCRX3Y | PAu 4-266-422 |
| | | | | B0F3NQDKRD | PAu 4-266-422 |
| 13 | Amazon | buyehou | A2AHXBN5V4PV57 | B0F9F8DVB2 | PAu 4-266-422 |
| | | | | B0F9FB3MDR | PAu 4-266-422 |
| 14 | Amazon | Je smile | A2CVL6NJFZLGI6 | B0F8W82HQD | PAu 4-266-422 |

| | | | | B0F8W99SY7 | PAu 4-266-422 |
|---|---|---|---|---|---|
| 15 | Amazon | LonGlE | A2HC5OHXXQP5NV | B0F82LZ8V3 | PAu 4-266-422 |
| | | | | B0F82W9N5J | PAu 4-266-422 |
| | | | | B0F82Z92V2 | PAu 4-266-422 |
| | | | | B0F836Q9XQ | PAu 4-266-422 |
| | | | | B0FDFP79T4 | PAu 4-266-422 |
| 16 | Amazon | GXFBCU | A2NQ4Z5MPGM8AU | B0F7LHB2CF | PAu 4-266-422 |
| | | | | B0F7LLPKJQ | PAu 4-266-422 |
| | | | | B0F7LLTH4S | PAu 4-266-422 |
| 18 | Amazon | FOLOU | A31GHV6F3AABFQ | B0F7QXDGFP | PAu 4-266-422 |
| | | | | B0F7QXXYWH | PAu 4-266-422 |
| 19 | Amazon | YiWuShiQuLiHua | A3RNISJQY10UMT | B0F9Y8527L | PAu 4-266-422 |
| 20 | Amazon | JoyPicks | A3SXOMQO4B789Q | B0F7L66S46 | PAu 4-266-422 |
| 21 | Amazon | Fuchart-US | A3VJ7MQPPPHKLS | B0F3JBZFQX | PAu 4-266-422 |
| | | | | B0F3JCJVHN | PAu 4-266-422 |
| 22 | Amazon | AnsellDirect | A6E35UFP32CQJ | B0F3J3TS9Y | PAu 4-266-422 |
| 23 | Amazon | warehouse deals of today prime \| Rossros | ACQL7KQXH21JL | B0F7H38H46 | PAu 4-266-422 |
| 24 | Amazon | Yuao store | AISRZOH7ZOB03 | B0F3JHP66D | PAu 4-266-422 |
| 25 | Amazon | ZEXI-Direct | AMFJMPD0RSF7W | B0F3HV4LSH | PAu 4-266-422 |
| | | | | B0F3J5XPH7 | PAu 4-266-422 |
| 26 | Amazon | Whoixdsor | AUWNZNI0YMAJE | B0F48LCLPV | PAu 4-266-422 |
| 28 | eBay | arnsull26 | arnsull26 | 316904130710 | PAu 4-266-422 |
| 32 | eBay | bqalong | bqalong | 135923466279 | VA 2-449-622 |
| 33 | eBay | bwq_30 | bwq30 | 317123423918 | PAu 4-266-422 |
| | | | | 317047766723 | PAu 4-266-422 |
| 34 | eBay | camerohux-25 | camerohux25 | 297334350910 | VA 2-449-622 |
| 36 | eBay | celcucheng | celcuc | 357398397060 | PAu 4-266-422 |

| 37 | eBay | lianting | cn309a | 406069452053 | PAu 4-266-422 |
|---|---|---|---|---|---|
| 39 | eBay | ednyou | ednyou | 317131343306 | PAu 4-266-422 |
| 40 | eBay | entu_shop | entushop | 365741850923 | PAu 4-266-422 |
| 41 | eBay | feng-ewa | fengewa | 406045281132 | PAu 4-266-422 |
| 43 | eBay | handanshinaxisiwangluo-0 | handanshinaxisiwangluo0 | 388774575977 | PAu 4-266-422 |
| 44 | eBay | amazing-home10 | inwi | 286692237747 | PAu 4-266-422 |
| 45 | eBay | jiaxingfeiyushan_0 | jiax | 167700517639 | PAu 4-266-422 |
| 47 | eBay | liuxin-53 | luxefashionspot | 406009214174 | PAu 4-266-422 |
| 48 | eBay | mantioorx | mantioorx | 187345197601 | PAu 4-266-422 VA 2-449-622 |
| | | | | 187366333979 | PAu 4-266-422 |
| 49 | eBay | melissan-33 | melissan33 | 388794545097 | VA 2-449-622 |
| 50 | eBay | michgor7369 | michgor7369 | 286621575869 | VA 2-449-622 |
| 51 | eBay | nerrsunja | nerrsunja | 306439630082 | PAu 4-266-422 |
| 52 | eBay | niwyw_1 | niwyw1 | 357381894708 | PAu 4-266-422 |
| 54 | eBay | ojg_group | ojggroup | 167682523635 | PAu 4-266-422 |
| | | | | 167682523785 | PAu 4-266-422 |
| | | | | 167682523598 | PAu 4-266-422 |
| | | | | 167664197209 | PAu 4-266-422 |
| 55 | eBay | sugokun | okun | 357370807228 | PAu 4-266-422 |
| 56 | eBay | phhin_29 | phhin29 | 226897448150 | PAu 4-266-422 |
| 58 | eBay | qkhhwt14grt | qkhhwt14grt | 388485304706 | PAu 4-266-422 |
| 59 | eBay | iianp_81 | reiianp | 356841869659 | PAu 4-266-422 |
| 60 | eBay | ronghai-05 | ronghai-05 | 226822688316 | PAu 4-266-422 |
| 61 | eBay | uukj_70 | sharmavikrant | 356845681832 | PAu 4-266-422 |
| 62 | eBay | shulong-x | shulongx | 388769684295 | PAu 4-266-422 |
| 63 | eBay | yujianweilai | smartelectronicsstore | 396944452668 | PAu 4-266-422 |
| 64 | eBay | speshie | spesh | 317154815032 | PAu 4-266-422 |
| 65 | eBay | spick_jg04a | spick_jg04a | 365684552658 | PAu 4-266-422 |
| 66 | eBay | suxiao01 | suxiao01 | 177276282390 | PAu 4-266-422 |

| 70 | Fruugo | VerSure | 26543 | p-386673965-830545292 | PAu 4-266-422 |
|---|---|---|---|---|---|
| 71 | Fruugo | DreamDrive | 26544 | p-376954502-815276280 | VA 2-449-622 |
| 72 | Fruugo | SassySplash | 26566 | p-366134381-793241141 | PAu 4-266-422 |
| 73 | Temu | Konnecta | 1153161890496 | 601101306845134 | PAu 4-266-422 |
| 74 | Temu | ChengFFeng | 634418217302648 | 601101722288808 | PAu 4-266-422 |
| 75 | Temu | FORYOYO | 634418218288202 | 601102235391051 | PAu 4-266-422 |
| 76 | Temu | XCRY | 634418218504333 | 601100626780594 | PAu 4-266-422 |
| 77 | Temu | BOMEI local | 634418221725780 | 601101467366992 | PAu 4-266-422 |
| | | | | 601101642733878 | PAu 4-266-422 |
| 78 | Temu | Haoyu Family | 634418223835853 | 601101269550254 | PAu 4-266-422 |
| 79 | Temu | Allen Lumina Goods | 634418224713219 | 601102613978351 | PAu 4-266-422 |
| 81 | Walmart | Lerbo | 101639963 | 16749909179 | PAu 4-266-422 |
| | | | | 16754119707 | PAu 4-266-422 |
| | | | | 16785968221 | PAu 4-266-422 |
| 82 | Walmart | VertexGoods | 101644137 | 16898662769 | PAu 4-266-422 |
| 83 | Walmart | QING YAO LTD | 102512046 | 16194504143 | PAu 4-266-422 |
| 84 | Walmart | TSWCBYYLB | 102514586 | 16078455242 | PAu 4-266-422 |
| 87 | Walmart | NCBFHRB | 102599189 | 16200701607 | PAu 4-266-422 |
| 89 | Walmart | yswlkj | 102637746 | 16767220224 | PAu 4-266-422 |
| 90 | Walmart | TechShift. | 102717509 | 15940623209 | PAu 4-266-422 VA 2-449-622 |
| 91 | Walmart | HaloGoods | 102730868 | 16049556165 | VA 2-449-622 |
| 92 | Walmart | XiaHu820 | 102745647 | 16447553170 | PAu 4-266-422 |
| 95 | Walmart | Mengtuo | 102755176 | 16384251500 | PAu 4-266-422 |
| 97 | Walmart | KaiL-US | 102757487 | 16481167068 | PAu 4-266-422 |
| | | | | 16446024556 | PAu 4-266-422 |
| | | | | 16445473692 | PAu 4-266-422 |
| 98 | Walmart | | 102758546 | 16358311095 | PAu 4-266-422 |

| | | jianshijingkaiqudou yang | | 16317601557 | PAu 4-266-422 |
|---|---|---|---|---|---|
| 100 | Walmart | guangzhouyangjian zhangmaoyi | 102783710 | 16998961725 | PAu 4-266-422 |
| | | | | 16995862859 | PAu 4-266-422 |
| 101 | Walmart | rewpesd | 102797074 | 16620815847 | PAu 4-266-422 |
| | | | | 16606558763 | PAu 4-266-422 |
| | | | | 16588800354 | PAu 4-266-422 |
| | | | | 16581909212 | PAu 4-266-422 |
| | | | | 16561322999 | PAu 4-266-422 |
| | | | | 16561322016 | PAu 4-266-422 |
| | | | | 16620865942 | PAu 4-266-422 |
| | | | | 16639805783 | PAu 4-266-422 |
| 102 | Walmart | yanjiedi | 102813483 | 16962824551 | PAu 4-266-422 |
| | | | | 16965621327 | PAu 4-266-422 |
| 104 | Walmart | NWESSD | 102827617 | 16556924956 | PAu 4-266-422 |
| 105 | Walmart | TCDPCX | 102829052 | 16049556165 | VA 2-449-622 |